lant perfect the appeal, place the case on the May calendar and be ready for argument when reached.

Jesse M. COWAN, applt., v. Sarah L. BAR-NUM, respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed with costs.

William A. COWAN, applt., v. Sarah L. BAR-NUM, respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed with costs.

Mary COX, Respt., v. ST. LUKE'S HOME FOR AGED WOMEN, Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Appeal from Trial Term, New York County. Action by Mary Cox against St. Luke's Home for Aged Women. From judgment for plaintiff and order denying new trial, defendant appeals. Reversed, and complaint dismissed.

PER CURIAM. We are of the opinion that the evidence failed to establish defendant's negligence, and for that reason the defendant's motion to dismiss the complaint, at the close of plaintiff's case, and renewed at the close of the whole case, should have been granted. The judgment and order appealed from are therefore reversed with costs, and the complaint dismissed with costs. Order filed.

Millard M. CRANE, respt., v. Elmer W. KELLEY, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Motion to dismiss appeal granted, unless appellant be ready to argue appeal on March 28, 1916.

In the matter of the application of the City of New York relative to acquiring title, etc., CRESCENT STREET, BOROUGH OF QUEENS. Frederick Ayer et al., appellants; City of New York et al., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

In the matter of the application of Joseph M. CROOKS, for admission to the bar. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Application granted.

Bridget T. CUNNINGHAM and Roger Cunningham, respondents, v. William G. MULLIGAN and Agnes K. Murphy Mulligan, appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and warrant of arrest vacated. Taking the deed of premises 1980 Madison avenue, as shown by plaintiffs' formal receipt, with the other documents, including the later agreement of July 27, 1914, and the accompanying assignment of the $10,000 mortgage on 461 East Tremont avenue, left no case for charging defendants with embezzlement and misapplication of funds, which was the basis for this order of arrest. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Josiah F. DAGGETT, appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment unanimously affirmed, with costs. No opinion.

F. Marciano D'ARSI, Respt., v. NAVIGAZIONE ALTA ITALIA, Ltd., Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Determination (91 Misc. Rep. 10, 154 N. Y. Supp. 158) affirmed with costs. No opinion. Order filed.

Ida DASS, indy., etc., Applt., v. Mildred GALLAND et al., Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

John DAVIES, Respt., v. MISSOURI, KANSAS & TEXAS RY. CO., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment affirmed with costs. No opinion. Order filed.

John E. DAVIS, appellant, v. Sarah C. DAVIS and May A. Hoffman, as administratrices, etc., respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, upon condition that appellant perfect his appeal, place the same on the May calendar, and be ready for argument when reached; otherwise, motion granted with $10 costs.

John E. DAVIS, appellant, v. Sarah C. DAVIS and May A. Hoffman, as administratrices, etc., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment affirmed by default, with costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Leander J. DE BEKKER, respondent, v. FREDERICK A. STOKES COMPANY and another, appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion denied, without costs.

Maria A. DE CARRILLO, respondent, v. Luis F. CARRILLO, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order reversed, and complaint dismissed, without costs, upon the ground that there is no satisfactory evidence that the treatment of the defendant has been cruel and inhuman; that there has been any conduct on the part of defendant that would render it unsafe and improper for the plaintiff to live and cohabit with him; that he has neglected and refused to provide for her, or that he abandoned her. His absence in California was not an abandonment within the meaning of section 1762 of the Code of Civil Procedure. Jenks, P. J., and Carr and Rich, JJ., concur. Thomas and Mills, JJ., dissent.

Josephine DECKER, applt., v. Nelson BASSETT, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.